**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Preferred Spectrum Investments LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4291219** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **490-A N. Black Horse Pike** <br> **Williamstown, NJ 08094** <br> Number, Street, City, State & ZIP Code | **P.O. Box 826** <br> **Williamstown, NJ 08094** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Gloucester** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Preferred Spectrum Investments LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Preferred Spectrum Investments LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Preferred Spectrum Investments LLC**
         Name

Case number (*if known*) _____

�anf **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02 / 23 / 2021**
              MM / DD / YYYY

X _(signature)_
Signature of authorized representative of debtor

Dr. David J. Mellish
Printed name

Title   **President and Majority Owner**

18. **Signature of attorney**    X _(signature)_
                                 Signature of attorney for debtor

Date   **02/23/2021**
       MM / DD / YYYY

**Ronald Gellert 4259**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5800**    Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

# ACTION BY WRITTEN CONSENT

## OF THE PRESIDENT AND MAJORITY OWNER

## OF PREFERRED SPECTRUM INVESTORS, LLC

### February 16, 2021

The undersigned, Dr. David Mellish, being the president and majority owner (the "**President**") of Preferred Spectrum Investors, LLC, a Delaware limited liability corporation (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

WHEREAS, the President has determined that the Company is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the President has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

RESOLVED FURTHER, that Dr. David Mellish (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of Preferred Spectrum Investors, LLC under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Company.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

This Action by Written Consent of the President is to be filed with the minutes of each of the proceedings of the members, and shall have the same force and effect as an action taken at each of a duly convened meeting of the members of the Company.

This Action by Written Consent of the President may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the President and Majority Owner as of the date first above written.

**PREFERRED SPECTRUM INVESTORS, LLC**

**DR. DAVID MELLISH**
**PRESIDENT AND MAJORITY OWNER**

2

**Fill in this information to identify the case:**

Debtor name    **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 208A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02-23-2021   x _____
                                         Signature of individual signing on behalf of debtor

**Dr. David J. Mellish**
Printed name

**President and Majority Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **341,838.09**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **341,838.09**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **784,454.48**

4. **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $     **784,454.48**

**Fill in this information to identify the case:**

Debtor name          **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number *(if known)*  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | **Unknown** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Wells Fargo Bank** | **Checking** | **9005** | **$1.07** |
| 3.2.   **Newfield National Bank Account** | **Checking** | **6707** | **$1.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.** | | | **$2.07** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Preferred Spectrum Investments LLC**        Case number *(If known)* _____
<br>Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:                 % of ownership | | |
| 15.1.   **Iota Spectrum Partners, LP**      _____ % | | **Unknown** |

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
<br>Describe:

**17.**   **Total of Part 4.**                                                    **$0.00**
<br>Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **Preferred Spectrum Investments LLC**                          Case number *(If known)* _____
_____
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties**<br>**See Attached** | Unknown | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property**<br>**FCC Applications** | Unknown | | Unknown |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Preferred Spectrum Investments LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | | |
|---|---|---|---|
| | **Arbitration award against Linda Allen and Michael Judy** | | **$341,836.02** |
| | **Nature of claim** | | |
| | **Amount requested** | **$0.00** | |

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | **$341,836.02** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    **Preferred Spectrum Investments LLC**                              Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $341,836.02 | |
| 91. **Total.** Add lines 80 through 90 for each column | $341,838.09 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $341,838.09 |

**Attachment to Schedule A/B: Part 10, No. 62, Licenses:**

| Call Sign |
| --- |
| WRED564 |
| WREJ490 |
| WRER328 |
| WREE571 |
| WRE1351 |
| WREE626 |
| WREJ501 |
| WRCV213 |
| WRCV213 |
| WRE1560 |
| WRE1576 |
| WREE268 |
| WREN787 |
| WREJ272 |
| WRE1587 |
| WREK677 |

**Fill in this information to identify the case:**

Debtor name    **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Preferred Spectrum Investments LLC** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address<br>**Cilliers, CPA PLLC**<br>**8080 E. Gelding Dr, Ste 106**<br>**Scottsdale, AZ 85260**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**David J. Mellish**<br>**P.O. Box 826**<br>**Williamstown, NJ 08094**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,094.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Dorothy J. Agar, et al.**<br>**c/o Evan O. Williford, Esq.**<br>**The Williford Firm LLC**<br>**1007 N. Orange St., Suite 235**<br>**Wilmington, DE 19801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$685,859.35** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Gammage & Burnham**<br>**40 NORTH CENTRAL AVENUE**<br>**20th Floor**<br>**Phoenix, AZ 85004**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Legal fees</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,280.08** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     51816     Best Case Bankruptcy

| Debtor | **Preferred Spectrum Investments LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,191.05** |
|---|---|---|---|

**Reed Smith LLP**
**1201 Market Street**
**Suite 1500**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal fees

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **784,454.48** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **784,454.48** |

**Fill in this information to identify the case:**

Debtor name        **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Long-Term De Facto Spectrum Lease Agreement** | |
| State the term remaining **April 2021** | **M2M Spectrum Networks, LLC** |
| List the contract number of any government contract _____ | **3131 E. CamelbackRoad, Suite 450** **Phoenix, AZ 85016** |

**Fill in this information to identify the case:**

Debtor name    **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Preferred Spectrum Investments LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |
   | 3.1. **David J. Mellish** <br> **P.O. Box 826** <br> **Williamstown, NJ 08094** | | $500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Reimbursement for opening account at Newfield National Bank** |

Debtor    **Preferred Spectrum Investments LLC**                                    Case number *(if known)*

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case**.**

    ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dorothy J. Agar, et al., v. Michael Judy, et al. 9541-VCL** | **Breach of Duty of Loyalty** | **Court of Chancery for the State of DE 500 N. King Street Wilmington, DE 19801** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Preferred Spectrum Investments, LLC vs Linda Allen et al. CV2019-014220** | **Judgment** | **Superior Court of State of AZ County of Maricopa 201 W. Jefferson Street Phoenix, AZ 85003** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Preferred Spectrum Investments LLC vs. Linda Allen et al. 01-17-0004-7898** | **Arbitration** | **American Arbitration Association Commercial Arbitration** | ☐ Pending ☐ On appeal ■ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:    Certain Gifts and Charitable Contributions

Debtor    **Preferred Spectrum Investments LLC**                                                    Case number *(if known)*

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **2/11/2021** | **$7,500.00** |
| | Email or website address<br>**rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Debtor    **Preferred Spectrum Investments LLC**                                Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **IOTA Spectrum Partners, LP** | **License call signs WQVP940 & WQVP952 transferred in exchange for 1,072,640 shares** | **May 2020** | **$0.00** |
| | Relationship to debtor | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3131 E. Camelback Road, Suite 450 Phoenix, AZ 85016** | **2009-12/31/2018** |
| 14.2. | **2111 E. Highland Avenue, Suite 305 Phoenix, AZ 85016** | **1/1/2019-3/31/2020** |

---

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Preferred Spectrum Investments LLC**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Preferred Spectrum Investments LLC** _____    Case number (if known) _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Cilliers, CPA PLLC**<br>**8080 E. Gelding Dr, Ste 106**<br>**Scottsdale, AZ 85260** | **2017-2020** |
| 26a.2.    **Gregory Ferguson**<br>**15560 N. Frank Lloyd Wright Blvd**<br>**Suite B4-5265**<br>**Scottsdale, AZ 85260** | **9/22/2014-11/9/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Cilliers, CPA PLLC**<br>**8080 E. Gelding Dr, Ste 106**<br>**Scottsdale, AZ 85260** | |
| 26c.2.    **David J. Mellish**<br>**P.O. Box 826**<br>**Williamstown, NJ 08094** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

Debtor    **Preferred Spectrum Investments LLC**                                        Case number *(if known)*

■ None

| Name and address |
| --- |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David J. Mellish | P.O. Box 826<br>Williamstown, NJ 08094 | President and Majority Owner | 59 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dr. Lyle Matsuo | 6700 Kalanianaole Highway, #202<br>Honolulu, HI 96825 | PSI, LLC Management Committee Member | 2 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Gregory Ferguson | 15560 N. Frank Lloyd Wright Blvd<br>Suite B4-5265<br>Scottsdale, AZ 85260 | Treasurer, PSI, LLC | September 22, 2014-November 9,2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Allan Linderman | 3275 Erinlea Ave.<br>Newbury Park, CA 91320 | PSI Management Committee Member | Sept. 22, 2014-November 9, 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Preferred Spectrum Investments LLC** _____    Case number *(if known)* _____

    Name of the parent corporation                                                   **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■  No
    ☐  Yes. Identify below.

    Name of the pension fund                                              **Employer Identification number of the parent corporation**

**Part 14:**   **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on   _02 - 23 - 2021_

    _X_____     **Dr. David J. Mellish**
    Signature of individual signing on behalf of the debtor     Printed name

    Position or relationship to debtor   **President and Majority Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Delaware**

In re    Preferred Spectrum Investments LLC

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President and Majority Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  02-23-2021

Dr. David J. Mellish/President and Majority Owner
Signer/Title

PREFERRED SPECTRUM INVESTMENTS II LU LLC
P.O. BOX 826
WILLIAMSTOWN, NJ 08094

5468 N. BARCUS AVENUE
FRESNO, CA 93722

DOROTHY J. AGAR, ET AL.
C/O EVAN O. WILLIFORD, ESQ.
THE WILLIFORD FIRM LLC
1007 N. ORANGE ST., SUITE 235
WILMINGTON, DE 19801

RONALD GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

DANA AMATO
3132 E. HIGHLAND AVENUE
PHOENIX, AZ 85016

DOUGLAS COOK
16310 FALLKIRK DRIVE
DALLAS, TX 75248

ALAN TRESEMER
PO BOX 15438
SEATTLE, WA 98115

DARREN SINOPOLI
16735 BAY CLUB DRIVE
CLERMONT, FL 34711

DR. JOSEPH LEEDY
535 VISTA BELLA
OCEANSIDE, CA 92057

ALLAN LINDERMAN
3275 ERINLEA AVE.
NEWBURY PARK, CA 91320

DAVID AND SYLVIA BETHUNE
7753 E. WHISPER ROCK TRAIL
SCOTTSDALE, AZ 85266-8526

DR. LYLE MATSUO
6700 KALANIANAOLE HIGHWAY, #
HONOLULU, HI 96825

BLAISE THOMPSON
4619 E. TIERRA BUENA LANE
PHOENIX, AZ 85032

DAVID BISHOP
1933 CARMEN AVENUE
LOS ANGELES, CA 90068

DR. NARAYANA BELLAMKONDA
24 35TH AVENUE NW
GIG HARBOR, WA 98335

BO LI
102 RISING HILL RIDGE
ONTARIO
L6Y 6B2
CANADA

DAVID COELHO
25325 SW. PERRYDALE ROAD
AMITY, OR 97101

DR. PETER Y LEE
15001 N 15TH DRIVE
PHOENIX, AZ 85023

BRYAN GRAS AND KRISTEN GRAS
76 COYOTE TRAIL
HIGGANUM, CT 06441

DAVID J. MELLISH
P.O. BOX 826
WILLIAMSTOWN, NJ 08094

ED FRIZ
4 WAYNE LANE
LAKE ZURICH, IL 60047

CARL N. ZENZ
S. 75 W. 20937 FIELD DRIVE
MUSKEGO, WI 53150

DAVID KALIN
PO BOX 2396
OLDSMAR, FL 34677

EDWARD J. SCHAERER
209 S. PALMWAY
LAKE WORTH, FL 33460

CAROLE DOWNS
3712 E. HIGHLAND AVENUE
PHOENIX, AZ 85018

DAVID ROSENTHAL
6159 ARLINGTON WAY
FORT PIERCE, FL 34951

EMMETT CAPPER
6321 ST. JAMES DRIVE
WEST BLOOMFIELD, MI 48322

CILLIERS, CPA PLLC
8080 E. GELDING DR, STE 106
SCOTTSDALE, AZ 85260

DONALD LINDSAY
407 S. LAKESIDE DRIVE #1
LAKE WORTH, FL 33460

ERIC BROWN
4167 N. MARSHALL WAY
SCOTTSDALE, AZ 85251

FRANCES UEUNTEN
2026 UALAKAA STREET
HONOLULU, HI 96822

JOHN HERRICK
29528 PLATANUS DRIVE
ESCONDIDO, CA 92026

M2M SPECTRUM NETWORKS, LL
3131 E. CAMELBACKROAD, SUITE45
PHOENIX, AZ 85016

GAMMAGE & BURNHAM
40 NORTH CENTRAL AVENUE
20TH FLOOR
PHOENIX, AZ 85004

JOHN TALCOTT III AND DOROTHEA J. TALCOTT
48 MAIN STREET
TALCOTTVILLE, CT 06066

MARILYN HUCKINS
140 ISLAND WAY #330
CLEARWATER BEACH, FL 33767-33

GREGORY AND SUZAN FERGUSON
26215 N. 46TH STREET
PHOENIX, AZ 85050

JOHNT TALCOTT III
1261 VILLAGE LAKE DR. S
DELAND, FL 32724

MARK MUSARACA
750 PEMBRIDGE PLACE
SUGAR GROVE, IL 60554

JAMES GRIFFITH
45 TEALWOOD
SHREVEPORT, LA 71115

KAMALA HILL AND NARAYANA BELLAMKONDA
2790 AMBERLY ROAD
BLOOMFIELD HILLS, MI 48301

MARY ANN PARSONS
1829 SENATE STREET, 19-B
COLUMBIA, SC 29201

JAMES HERRICK
1104 AMELIA PLACE
ESCONDIDO, CA 92026

KEN AND LIA FRY
5247 FERRARI AVENUE
AVE MARIA, FL 34142

MARY WELLS
1751 W. BOWLING ST.
ANAHEIM, CA 92804

JAMES OGOREK AND LINDA WEBB
9460 LANTERN BAY CIRCLE
WEST PALM BEACH, FL 33411

LANE SPERO AND MICHELE WEINBERG
32 HOFFMAN ROAD
CANTON, CT 06019

MICHAEL J. KEENE
200 KEENE FARM LANE
STEVENSVILLE, MD 21666

JEROME AND SHARON MCNELLIS
3631 NAGAWICKA SHORES DR.
HARTLAND, WI 53029

LARRY D. SMITH
8650 SUMMERLIN PLACE
LONGMONT, CO 80503

MIKE DURINGER
3955 NATURE TRAIL
RENO, NV 89511

JERRY AND PEARL KITTELSON
2818 CENTER LAKE DRIVE
SPIRIT LAKE, IA 51360

LINDA ALLEN
285 POINSETTIA AVENUE
VISTA, CA 92083

REED SMITH LLP
1201 MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

JIANXIN ZHANG
C/O CCFT/ NO.45 FUXINGMEN NEI STREET
BEIJING
CHINA

LYLE L. WELLS
1751 W. BOWLING ST.
ANAHEIM, CA 92804

RICHARD AND MARY THAYER
2034 ALESSANDRO TRAIL
VISTA, CA 92084

JOHN C. ADKINS
32213 CHIPPEWA AVENUE
DELAND, FL 32720

M. PRESTON BILLINGS
118 PINIONWOOD COURT
RICHLAND, WA 99352

RICHARD C. FAIRCHILD
PO BOX 5798
LAKE WORTH, FL 33466

RICHARD DUCCI AND JUDITH DUCCI
25 SKY VIEW DRIVE
AVON, CT 06001


RONALD AND BILLIE JEAN TRINCHITELLA
471 N. ESTES WAY
MOUNTAIN HOUSE, CA 95391


RONALD W. BLACK
1101 N. LAKE DESTINY ROAD, SUITE 475
MAITLAND, FL 32751


ROSALINE RUIZ-GO
335 LEGARE COURT
JUPITER, FL 33458


SHANNON DOWNS
4732 N. DROMEDARY ROAD
PHOENIX, AZ 85018


TARA BELLAMKONDA
809 OLIVE WAY, APT 2509
SEATTLE, WA 98101-9810


TIMOTHY AND ROBIN CONRADS
75 S. PRONGHORN ROAD
BOISE, ID 83716

# United States Bankruptcy Court
## District of Delaware

In re   **Preferred Spectrum Investments LLC**
Debtor(s)

Case No.
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Preferred Spectrum Investments LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

02/23/2021

Date

*Ronald S. Gellert*

**Ronald Gellert 4259**
Signature of Attorney or Litigant
Counsel for   **Preferred Spectrum Investments LLC**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5800 Fax:302-425-5814**
**rgellert@gsbblaw.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re **Preferred Spectrum Investments LLC**                     Case No. _____

Debtor(s)                     Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/23/2021

*Date*

*Ronald S. Gellert* (signature)

**Ronald Gellert 4259**
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5800  Fax: 302-425-5814**
**rgellert@gsbblaw.com**
*Name of law firm*