# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PREFERRED SPECTRUM INVESTMENTS LLC, | Case No. 21-10422 (LSS) |
| Debtor. | **Hearing Date: June 2, 2022 at 10:00 a.m.**<br>**Objection Deadline: May 6, 2022 at 4:00 p.m.** |

## FIRST INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2021 THROUGH MARCH 31, 2022

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Ch. 7 Trustee |
| *Date of Retention*: | May 11, 2021, *nunc pro tunc* to April 1, 2021 |
| *Period for which Compensation and Reimbursement is Sought*: | April 1, 2021 through March 31, 2022 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $37,717.50 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $614.90 |

This is an:     ✓ Interim     _____ Final Application     _____ Monthly Statement

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| n/a | | | | | |

**ATTACHMENT B**
**TO FEE APPLICATION**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Rosanne E. DellAversano | Paralegal. Joined firm in 2006. | $170.00 | 0.2 | $34.00 |
| Christian E. Hansen | Paralegal. Joined firm in 2018. | $220.00<br>$225.00 | 6.8<br>3.0 | $1,496.00<br>$675.00 |
| Sabrina N. Espinal | Law Clerk. | $275.00 | 2.6 | $715.00 |
| Alan M. Root | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016. | $490.00<br>$505.00 | 56.7<br>12.9 | $27,783.00<br>$6,514.50 |
| David W. Carickhoff | Shareholder in Bankruptcy and Restructuring Group. Practicing in Delaware and Pennsylvania since 1998. Joined firm in 2013. | $625.00 | 0.8 | $500.00 |
| | | | 83.0 | |
| **Grand Total**: | | | | $37,717.50 |
| | **Blended Rate** | $454.43 | | |

3

## COMPENSATION BY PROJECT CATEGORY

|    | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|----|------------------|-------------|------------|
| 01 | Archer & Greiner Fee/Employment Application | 3.6 | $1,251.00 |
| 02 | Other Professionals' Fee Employment Issues | 2.8 | $882.00 |
| 03 | Executory Contracts and Unexpired Leases | 8.6 | $3,275.50 |
| 04 | Claims Analysis and Objections | | |
| 05 | Meetings | | |
| 06 | Case Administration | 3.0 | $1,083.50 |
| 07 | Debtor's Operations | | |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | 53.2 | $25,618.00 |
| 13 | Stay Relief Issues | | |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | 0.8 | $392.00 |
| 15 | Tax Issues | 0.1 | $50.50 |
| 16 | Recovery Actions (includes avoidance actions) | | |
| 17 | Hearings – Preparation and Attendance | 1.2 | $266.50 |
| 18 | Other Litigation | 9.7 | $4,898.50 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | | |

**Total Fees:**                                                                                           **$37,717.50**

Case 21-10422-LSS  Doc 35  Filed 04/22/22  Page 5 of 12

5

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| In-House Photocopying |  | $286.90 |
| Court Fees |  | $188.00 |
| Online Research | File & Serve Express, LLC | $140.00 |
| **TOTAL** |  | **$614.90** |

215928363v1

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PREFERRED SPECTRUM INVESTMENTS LLC, | Case No. 21-10422 (LSS) |
| Debtor. | **Hearing Date: June 2, 2022 at 10:00 a.m.**<br>**Objection Deadline: May 6, 2022 at 4:00 p.m.** |

### FIRST INTERIM FEE APPLICATION OF
### ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2021 THROUGH MARCH 31, 2022

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-2, Archer & Greiner, P.C. ("A&G"), counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), hereby submits its First Interim Fee Application for Compensation and Reimbursement of Expenses for the Period of April 1, 2021 through March 31, 2022 (the "Fee Application").

By this Fee Application, A&G seeks interim allowance of compensation in the amount of $37,717.50 and actual and necessary expenses in the amount of $614.90 for a total of $38,332.40, and payment of the unpaid amount of such fees and expenses, for the period of April 1, 2021 through March 31, 2022 (the "Application Period").

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

1. On February 23, 2021 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. On the Petition Date, David W. Carickhoff was appointed as chapter 7 trustee of the Debtor's estate.

3. The section 341(a) meeting of creditors was held on March 17, 2021, and concluded.

4. On April 20, 2021, the Trustee filed the *Application of the Chapter 7 Trustee for Order Authorizing Retention of Archer & Greiner, P.C. as General Bankruptcy Counsel to the Trustee Nunc Pro Tunc to April 1, 2021* [Dkt. No. 8] (the "Retention Application"). The Court approved the employment of A&G, *nunc pro tunc* as of April 1, 2021, by order entered May 11, 2021 [Dkt. No. 14].

5. A&G is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

6. The attorneys and paraprofessionals of A&G who have rendered professional services in this case during the Application Period are identified in the Attachment "B" which form is included directly behind the cover sheet of this Fee Application.

7. A&G, through the above-named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. A&G has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

8. The rates charged are A&G's normal hourly rates for work of this nature. The reasonable value of the services rendered by A&G to the Trustee in connection with this matter during the Application Period is $37,717.50.

## SUMMARY OF SERVICES BY PROJECT

### 1: Archer & Greiner Fee/Employment Applications

Fees: $1,251.00          Total Time: 3.6

This category relates to time spent on the fee and retention applications of A&G as opposed to fee applications of other professionals in this proceeding. During the Application Period, A&G prepared, filed and prosecuted its application for retention as counsel to the Trustee.

### 2: Other Professionals' Fee/Employment Issues

Fees: $882.00          Total Time: 2.8

This category relates to time spent on the fee and retention applications of other professionals retained by the Trustee in this proceeding. During the Application Period, A&G prepared, filed and prosecuted the application to retain Giuliano, Miller and Company LLC as tax accountants to the Trustee.

3

### 3: Executory Contracts and Unexpired Leases

Fees: $3,275.50                    Total Time: 8.6

This category deals with tasks relating to the analysis, termination and/or rejection of executory contracts and unexpired leases. During the Application Period, A&G analyzed certain of the Debtor's contracts and leases and prepared two motions to extend the deadline to assume or reject certain executory contracts and unexpired leases.

### 6: Case Administration

Fees: $1,083.50                    Total Time: 3.0

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and general matters of administration. This category includes tasks that are not otherwise easily categorized under a specific task code. Throughout the Application Period, A&G prepared various hearing agendas and binders along with certain notices and certificates of no objection related to uncontested matters. A&G also addressed creditor inquiries and maintained and updated the Rule 2002 service list in this case. A&G likewise communicated with the Trustee as well as creditors and other parties in interest about various case matters.

### 12: Sale of Assets

Fees: $25,618.00                   Total Time: 53.2

This category relates to tasks dealing with the liquidation and sale of assets of the estate. During the Application Period, A&G assisted the Trustee in obtaining Court approval and consummation of a sale of substantially all of the Debtor's assets to MellCell LLC for $325,000. In connection therewith, among other things, A&G assisted the Trustee in the preparation and negotiation of an asset purchase agreement with the Buyer. A&G also prepared the sale motion

and related papers with respect to the sale, including necessary closing documents (i.e. a bill of sale and assignment documents).  A&G also spent time communicating with potential alternative bidders for the Debtor's assets.

### 18:  Other Litigation

Fees:  $4,898.50            Total Time:  9.7

This category deals with litigation investigations by the Trustee, pre-petition litigation issues, and other litigation matters, other than recovery actions, contemplated by the Trustee. In particular, during the Application Period, A&G assisted the Trustee with respect to a bankruptcy case filed by Preferred Communication Systems Inc. ("PCSI") in the United States Bankruptcy Court for the District of Delaware.  In connection therewith, during the Application Period, A&G conducted investigations into claims filed by PSCI against the Debtor and prepared and filed a proof of claim on behalf of the Debtor's estate in the PSCI bankruptcy case.

## ACTUAL AND NECESSARY EXPENSES

9. A summary of actual and necessary expenses incurred by A&G for the Application Period is attached hereto as Exhibit "A."  A&G charges $.10 per page for photocopying.  In addition, A&G uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable.  A&G also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at A&G discounted cost, which is computed each month based upon the negotiated discount charge to A&G and the allocations of the savings realized during each month.

10. A&G believes the foregoing rates are market rates that the majority of law firms charge clients for such services.  The reasonable value of the expenses incurred by A&G to the Trustee in connection with this matter during the Application Period is $614.90.

**RELIEF REQUESTED**

11. Pursuant to this Fee Application, A&G requests allowance of compensation for actual and necessary professional services rendered in the amount of $37,717.50 for the Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $614.90 for the Application Period.

12. At all relevant times, A&G has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

13. All services for which compensation is requested by A&G were performed for or on behalf of the Trustee.

14. A&G has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between A&G and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. A&G has received no retainer in this matter.

15. The professional services and related expenses for which A&G requests interim allowance were rendered and incurred in connection with this case and the discharge of A&G's professional responsibilities as attorneys for the Trustee. A&G's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by A&G is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the

services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

17. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

### **NOTICE**

18. A copy of this Fee Application has been served upon the Office of the United States Trustee, and all parties requesting notice in the chapter 7 case pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, A&G respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing that an interim allowance be made to A&G in the sum of $37,717.50 as compensation for reasonable and necessary professional services rendered to the Trustee and in the sum of $614.90 for reimbursement of actual and necessary costs and expenses incurred, for a total of $38,332.40, (iii) authorizing the Trustee to pay A&G the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated: April 22, 2022

By: /s/ *Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Email aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*