# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PREFERRED SPECTRUM INVESTMENTS LLC, | Case No. 21-10422 (LSS) |
| Debtor. | **Hearing Date: June 2, 2022 at 10:00 a.m.**<br>**Objection Deadline: May 6, 2022 at 4:00 p.m.** |

### NOTICE OF FIRST INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2021 THROUGH MARCH 31, 2022

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("A&G") has filed the *First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period April 1, 2021 through March 31, 2022* (the "Fee Application"). By the Fee Application, A&G seeks an interim allowance of fees in the amount of $37,717.50 and expenses in the amount of $614.90 for the period of April 1, 2021 through March 31, 2022.

PLEASE TAKE FURTHER NOTICE that any objections to the Fee Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **May 6, 2022 by 4:00 pm** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Fee Application will be held on **June 2, 2022 at 10:00 a.m.** before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated:  April 22, 2022

By: /s/ *Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Email aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*