# **<u>EXHIBIT A</u>**

# ARCHER & GREINER

ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

| | |
|---|---|
| DAVID W. CARICKHOFF<br>ARCHER & GREINER<br>300 DELAWARE AVE., SUITE 1100<br>WILMINGTON, DE  19801 | Invoice Date:          04/04/22<br>Client Number:         CAR493<br><br>Matter Number:  CAR493.97011 |

**For Professional Services Rendered Through  03/31/2022**

**Task Summary**

### Time Summary by Task

| Code | Description | Hours | Value |
|---|---|---:|---:|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 3.60 | 1,251.00 |
| 12 | SALE OF ASSETS | 53.20 | 25,618.00 |
| 14 | SECURED CREDITORS/EQUIPMENT LESSOR ISSUES (INCLUDES LIEN INVESTIGATION) | 0.80 | 392.00 |
| 15 | TAX ISSUES | 0.10 | 50.50 |
| 17 | HEARINGS - PREPARATION AND ATTENDANCE | 1.20 | 266.50 |
| 18 | OTHER LITIGATION | 9.70 | 4,898.50 |
| 2 | OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES | 2.80 | 882.00 |
| 3 | EXECUTORY CONTRACTS AND UNEXPIRED LEASES | 8.60 | 3,275.50 |
| 6 | CASE ADMINISTRATION | 3.00 | 1,083.50 |
| | **TOTAL FEES** | **83.00** | **37,717.50** |

### Expense Summary by Task

| Code | Description | Expenses |
|---|---|---:|
| E101 | COPYING | 286.90 |
| E106 | ONLINE RESEARCH | 140.00 |
| E112 | COURT FEES | 188.00 |
| | **TOTAL DISBURSEMENTS** | **614.90** |

| | | |
|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | Page 2 |

**TOTAL INVOICE**            **38,332.40**

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 3 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/19/21 | Begin drafting A&G Retention Application. | 1 | 1.10 | C. E. Hansen | 242.00 |
| 04/19/21 | review and revise draft retention application; discuss with Trustee and C. Hansen | 1 | 1.00 | A. M. Root | 490.00 |
| 04/20/21 | E-file and serve A&G Retention Application. | 1 | 0.60 | C. E. Hansen | 132.00 |
| 04/20/21 | further revise Archer retention application and finalize for filing | 1 | 0.70 | A. M. Root | 343.00 |
| 05/07/21 | Draft and e-file Certificate of No Objection re: A&G Retention Application. | 1 | 0.20 | C. E. Hansen | 44.00 |
| | **ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS TOTAL** | | **3.60** | | **1,251.00** |

CAR493           CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE           Invoice Number:

CAR493.97011    IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /                        Page 4
                CHAPTER 7 BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/06/21 | review proposal for purchase of assets (.2); discuss with trustee (.5); review debtor asset list and other background documents related to assets for sale (.9) | 12 | 1.60 | A. M. Root | 784.00 |
| 04/07/21 | call with potential purchaser | 12 | 0.90 | A. M. Root | 441.00 |
| 04/07/21 | legal research re transfer of FCC spectrum licenses | 12 | 2.10 | A. M. Root | 1,029.00 |
| 04/07/21 | discuss potential sale with Trustee | 12 | 0.50 | A. M. Root | 245.00 |
| 04/13/21 | further diligence re assets for sale | 12 | 1.50 | A. M. Root | 735.00 |
| 04/19/21 | research and draft APA | 12 | 2.60 | A. M. Root | 1,274.00 |
| 04/20/21 | further due diligence and legal research re transfer of FCC spectrum licenses | 12 | 3.70 | A. M. Root | 1,813.00 |
| 04/21/21 | continued research re langauge for APA re transfer of FCC spectrum licenses | 12 | 2.70 | A. M. Root | 1,323.00 |
| 04/22/21 | draft APA | 12 | 4.70 | A. M. Root | 2,303.00 |
| 04/22/21 | revise APA based on Trustee comments | 12 | 0.60 | A. M. Root | 294.00 |
| 04/23/21 | revise draft APA (2.6); communications with potential buyer (.5) | 12 | 3.10 | A. M. Root | 1,519.00 |
| 06/10/21 | communications with potential buyer re purchase agreement and sale; follow up with Trustee re same | 12 | 0.40 | A. M. Root | 196.00 |
| 06/18/21 | multiple telephone calls with potential buyer (.7); revise APA (.5); discuss with Trustee (.3) | 12 | 1.50 | A. M. Root | 735.00 |
| 06/21/21 | communications with Trustee re sale process | 12 | 0.20 | A. M. Root | 98.00 |
| 06/23/21 | communications with potential bidder; follow up with Truustee | 12 | 0.20 | A. M. Root | 98.00 |
| 06/29/21 | communications with potential buyer; follow up with Trustee re same | 12 | 0.30 | A. M. Root | 147.00 |
| 07/02/21 | communications with potential buyer; follow up with Trustee | 12 | 0.60 | A. M. Root | 294.00 |
| 07/02/21 | revise APA (.3); begin drafting sale motion and related papers (3.1) | 12 | 3.90 | A. M. Root | 1,911.00 |
| 07/07/21 | Review and revise draft APA | 12 | 0.80 | D. W. Carickhoff, Jr. | 500.00 |
| 07/07/21 | negotiations with potential buyer (.4); follow up with Trustee (.3); revise APA (.7) | 12 | 1.40 | A. M. Root | 686.00 |
| 07/14/21 | communications with potential bidder | 12 | 0.30 | A. M. Root | 147.00 |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | | | Page 5 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/16/21 | communications with buyer; follow up with Trustee | 12 | 0.60 | A. M. Root | 294.00 |
| 07/21/21 | communications with buyer re deposit and APA | 12 | 0.20 | A. M. Root | 98.00 |
| 07/26/21 | communications with buyer re deposit | 12 | 0.50 | A. M. Root | 245.00 |
| 08/02/21 | revise sale papers (.8); discuss with Trustee (.3); guidance to C. Hansen re filing (.3) | 12 | 1.40 | A. M. Root | 686.00 |
| 08/03/21 | Phone call with shareholder re: Sale Motion. | 12 | 0.10 | C. E. Hansen | 22.00 |
| 08/03/21 | Prepare service list for Sale Motion (.8); draft Notice and Certificate of Service of Same (.5). | 12 | 1.30 | C. E. Hansen | 286.00 |
| 08/03/21 | revise and finalize sale papers for filing; attention to service of papers | 12 | 2.00 | A. M. Root | 980.00 |
| 08/13/21 | telephone call with creditor re sale process (.5); multiple telephone calls with potential bidder (.6); discuss same with Trustee (.5) | 12 | 1.60 | A. M. Root | 784.00 |
| 08/15/21 | due diligence in response to inquiries from potential bidders; follow up with bidders | 12 | 1.20 | A. M. Root | 588.00 |
| 08/18/21 | follow up call with creditor re asset sale | 12 | 0.20 | A. M. Root | 98.00 |
| 08/23/21 | Email to A. Root forwarding recent correspondence received from interested parties re: Sale Motion. | 12 | 0.10 | C. E. Hansen | 22.00 |
| 08/23/21 | communications with multiple shareholders re asset sale | 12 | 0.70 | A. M. Root | 343.00 |
| 08/23/21 | communications with potential bidder | 12 | 0.20 | A. M. Root | 98.00 |
| 08/25/21 | Draft Certificate of No Objection re: Sale Motion. | 12 | 0.20 | C. E. Hansen | 44.00 |
| 08/25/21 | communications with Trustee and C. Hansen re sale hearing | 12 | 0.30 | A. M. Root | 147.00 |
| 08/25/21 | draft declaration in support of sale | 12 | 1.10 | A. M. Root | 539.00 |
| 08/26/21 | Finalize and e-file Certificate of No Objection re: Sale Motion. | 12 | 0.20 | C. E. Hansen | 44.00 |
| 08/26/21 | Finalize and e-file D. Carickhoff Declaration in Support of Sale Motion. | 12 | 0.20 | C. E. Hansen | 44.00 |
| 08/26/21 | finalize Trustee declaration in support of sale for filing | 12 | 0.30 | A. M. Root | 147.00 |
| 08/30/21 | review entered sale order (.1); consult APA re next steps re FCC approval and closings (.3); memo to buyer re next steps (.5); discuss with Trustee (.2); draft bill of sale and assignment | 12 | 1.90 | A. M. Root | 931.00 |

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
|---|---|---|---|---|---|
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | | | | Page 6 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | documents (1.1) | | | | |
| 09/03/21 | work on sale closing issues | 12 | 0.50 | A. M. Root | 245.00 |
| 09/03/21 | further research and revisions to draft bill of sale and assignment documents | 12 | 1.20 | A. M. Root | 588.00 |
| 09/08/21 | prepare for attention to initial closing on sale | 12 | 2.50 | A. M. Root | 1,225.00 |
| 09/10/21 | consumate initial sale closing | 12 | 0.50 | A. M. Root | 245.00 |
| 10/07/21 | communications with buyer and trustee re closing on FCC licenses | 12 | 0.30 | A. M. Root | 151.50 |
| 10/15/21 | communications with Buyer and Trustee re closing on Spectrum License sale | 12 | 0.20 | A. M. Root | 101.00 |
| 03/29/22 | communications with Oak Point re potential for remnant sale | 12 | 0.10 | A. M. Root | 50.50 |
| | **SALE OF ASSETS TOTAL** | | **53.20** | | **25,618.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 7 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/22/21 | research re potential secured creditors | 14 | 0.80 | A. M. Root | 392.00 |
| | **SECURED CREDITORS/EQUIPMENT LESSOR ISSUES (INCLUDES LIEN INVESTIGATION) TOTAL** | | **0.80** | | **392.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 8 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 03/22/22 | communications with former principal re prior tax filings | 15 | 0.10 | A. M. Root | 50.50 |
| | **TAX ISSUES TOTAL** | | **0.10** | | **50.50** |

| | | | | | |
|---|---|---|---|---|---:|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 9 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---:|
| 08/26/21 | Draft NOA 9.2.21 Hearing. | 17 | 0.40 | C. E. Hansen | 88.00 |
| 08/30/21 | Revise and e-file Notice of Agenda Cancelling 9.2.21 hearing. | 17 | 0.30 | C. E. Hansen | 66.00 |
| 11/08/21 | Draft and e-file NOA Cancelling 11.18.21 hearing. | 17 | 0.50 | C. E. Hansen | 112.50 |
| | **HEARINGS - PREPARATION AND ATTENDANCE TOTAL** | | **1.20** | | **266.50** |

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: |
|---|---|---|
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | Page 10 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 11/04/21 | due diligence re potential claims against PCSI | 18 | 2.10 | A. M. Root | 1,060.50 |
| 11/15/21 | further due diligence and investigation of claims against PCSI | 18 | 2.50 | A. M. Root | 1,262.50 |
| 11/17/21 | prepare for and participate in call with counsel to PCSI re potential claims | 18 | 0.50 | A. M. Root | 252.50 |
| 11/18/21 | Review docket and key filings from PSI/PCSI chancery litigation (1.0); discuss with pre-petition counssel (.3) | 18 | 1.30 | A. M. Root | 656.50 |
| 11/19/21 | prepare proof of claim against PCSI | 18 | 3.30 | A. M. Root | 1,666.50 |
| | **OTHER LITIGATION TOTAL** | | **9.70** | | **4,898.50** |

CAR493         CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE              Invoice Number:

CAR493.97011   IN RE: PREFERRED SPECTRUM INVESTMENTS LLC  /          Page 11
               CHAPTER 7 BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 03/28/22 | communications with C. Hansen re GMCO retention application | 2 | 0.10 | A. M. Root | 50.50 |
| 03/29/22 | Draft GMC Retention Application. | 2 | 1.10 | C. E. Hansen | 247.50 |
| 03/29/22 | Review and revise GMCO retention application | 2 | 0.50 | A. M. Root | 252.50 |
| 03/30/22 | Review and revise GMC Retention Application (.4); e-file and serve same (.4). | 2 | 0.80 | C. E. Hansen | 180.00 |
| 03/30/22 | finalize GMCO retention application for filing | 2 | 0.30 | A. M. Root | 151.50 |
| | **OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES TOTAL** | | **2.80** | | **882.00** |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | | Page 12 | |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/08/21 | Review FCC licenses and Debtor lease with M2M | 3 | 1.50 | A. M. Root | 735.00 |
| 04/19/21 | review contracts and prepare motion to extend 365(d)(1) deadline | 3 | 1.00 | A. M. Root | 490.00 |
| 04/20/21 | E-file and serve Motion to Extend 365(d)(1) Period. | 3 | 0.60 | C. E. Hansen | 132.00 |
| 04/20/21 | finalize 365 extension motion for filing | 3 | 0.50 | A. M. Root | 245.00 |
| 05/07/21 | Draft and e-file Certificate of No Objection re: 365(d)(1) Motion. | 3 | 0.30 | C. E. Hansen | 66.00 |
| 10/18/21 | Begin drafting motion to further extend 365 (d)(1) deadline | 3 | 1.60 | S. N. Espinal | 440.00 |
| 10/18/21 | communications with Trustee re extension of deadline to assume or reject contracts and leases; guidance to S. Espinal re extension motion | 3 | 0.50 | A. M. Root | 252.50 |
| 10/19/21 | Finalize Motion to Further Extend 365 (d)(1) deadline | 3 | 0.60 | S. N. Espinal | 165.00 |
| 10/19/21 | Update motion to further extend to include revisions from A. Root | 3 | 0.40 | S. N. Espinal | 110.00 |
| 10/19/21 | comment on motion to extend assumption/rejection deadline | 3 | 0.50 | A. M. Root | 252.50 |
| 10/20/21 | E-file and serve 365(d)(1) Motion. | 3 | 0.40 | C. E. Hansen | 90.00 |
| 11/04/21 | review and comment on draft CNO | 3 | 0.20 | A. M. Root | 101.00 |
| 11/08/21 | Finalize and e-file CNO re: 365(d)(1) Motion. | 3 | 0.20 | C. E. Hansen | 45.00 |
| 11/08/21 | review entered order on assumption/rejection extension motion; guidance to C. Hansen re agenda cancelling hearing; review and comment on draft hearing agenda | 3 | 0.30 | A. M. Root | 151.50 |
| | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES TOTAL** | | **8.60** | | **3,275.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | | | Page 13 | |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/20/21 | Communication with chambers re hearing date; follow up internally and with Trustee | 6 | 0.20 | A. M. Root | 98.00 |
| 05/07/21 | review and comment on CNOs | 6 | 0.20 | A. M. Root | 98.00 |
| 05/10/21 | Prepare Notice of Agenda for 5.13.21 hearing. | 6 | 0.30 | C. E. Hansen | 66.00 |
| 05/11/21 | Revise and e-file Notice of Agenda of 5.13.21 hearing. | 6 | 0.50 | C. E. Hansen | 110.00 |
| 05/11/21 | review and comment on draft hearing agenda; guidance to C. Hansen re same | 6 | 0.20 | A. M. Root | 98.00 |
| 05/12/21 | Prepare Amended Notice of Agenda cancelling 5.13.21 hearing. | 6 | 0.40 | C. E. Hansen | 88.00 |
| 05/12/21 | review and comment on amended agenda | 6 | 0.10 | A. M. Root | 49.00 |
| 08/03/21 | field inquiry from shareholder regarding sale and other case matters | 6 | 0.30 | A. M. Root | 147.00 |
| 08/12/21 | communications with creditor | 6 | 0.20 | A. M. Root | 98.00 |
| 08/26/21 | review and comment on draft CNO | 6 | 0.10 | A. M. Root | 49.00 |
| 08/30/21 | communications with chambers re sale hearing; review and approve agenda for filing | 6 | 0.20 | A. M. Root | 98.00 |
| 10/19/21 | communications with chambers re hearing date | 6 | 0.10 | A. M. Root | 50.50 |
| 11/18/21 | File & Serve Xpress search for Chancery Ct case involving Debtor & PCSI; Print docket | 6 | 0.20 | R. E. Dellaversano | 34.00 |
| | **CASE ADMINISTRATION TOTAL** | | **3.00** | | **1,083.50** |

| | | | |
|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: |
| CAR493.97011 | IN RE: PREFERRED SPECTRUM INVESTMENTS LLC / CHAPTER 7 BANKRUPTCY | | Page 14 |

**For Charges and Disbursements**

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 08/03/21 | | PHOTOCOPYING | 2,850 @ 0.10 | $285.00 |
| 03/30/22 | | PHOTOCOPYING | 19 @ 0.10 | $1.90 |
| | **ETOTAL* PHOTOCOPYING** | | | **$286.90** |
| 08/04/21 | | AMEX CK# 411420 9/7/21 AGK; DATE: 8/4/21 - COURTS/USBC-DE - PSI FILING FEE - SALE MOTION - AMR | | $188.00 |
| | **ETOTAL* BANKRUPTCY FEES** | | | **$188.00** |
| 11/18/21 | | VENDOR: FILE & SERVEXPRESS, LLC; INVOICE#: 202111062087901; DATE: 11/18/2021 AMR - DE COURT OF CHANCERY CIVIL ACTION RESEARCH FEES | | $140.00 |
| | **ETOTAL* COMPUTER DATA RESEARCH** | | | **$140.00** |
| | **TOTAL DISBURSEMENTS*** | | | **$614.90** |