IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PREFERRED SPECTRUM INVESTMENTS LLC, <br><br>                           Debtor. | Chapter 7 <br><br> Case No. 21-10422 (LSS) <br><br> **Re: Dkt. No. __** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD APRIL 1, 2021 THROUGH MARCH 31, 2022**

Upon consideration of the First Interim Application of Archer & Greiner, P.C. for Allowance of Chapter 7 Compensation and Reimbursement of Expenses (the "Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from April 1, 2021 through March 31, 2022 (the "Compensation Period"), and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that Archer & Greiner is awarded compensation in the amount of $37,717.50 for professional services rendered and $614.90 for costs and expenses incurred during the Compensation Period; and it is further

ORDERED, that payment may be made by the Chapter 7 Trustee to Archer & Greiner of 100% of any and all fees and 100% of any and all expenses allowed hereby.