IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PREFERRED SPECTRUM INVESTMENTS LLC, | Case No. 21-10422 (LSS) |
| Debtor. | |

**DECLARATION OF DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, IN SUPPORT OF FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO EQUITY CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3001, 3002, 3003 AND 3007 AND LOCAL RULE 3007-1**

Pursuant to 28 U.S.C § 1746, I, David W. Carickhoff, declare as follows:

1. I am the duly appointed chapter 7 trustee for the bankruptcy estate of Preferred Spectrum Investments LLC (the "**Debtor**"). I am generally familiar with this chapter 7 case.

2. I have reviewed the *Chapter 7 Trustee's First Omnibus (Non-Substantive) Objection to Equity Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3002, 3003 and 3007 and Local Rule 3007-1* (the "**Objection**")[1] and the proposed order (the "**Proposed Order**") and its exhibits. I have also reviewed the claims register and the claims which are the subject of the Objection.

3. To the best of my knowledge, information, and belief, the Equity Claims listed on Exhibit A to the Proposed Order are proofs of claims filed by certain holders of prepetition equity interests of the Debtor based solely on such holder's ownership of equity in the Debtor. Therefore, the Equity Claims should be disallowed and expunged.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 26, 2024

/s/ David W. Carickhoff
David W. Carickhoff
