**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PREFERRED SPECTRUM INVESTMENTS LLC, | Case No. 21-10422 (LSS) |
| Debtor. | **Re: Docket No.** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO EQUITY CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3001, 3002, 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon the *Chapter 7 Trustee's First Omnibus (Non-Substantive) Objection to Equity Claims Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3002, 3003 and 3007 and Local Rule 3007-1* (the "**Objection**")[1], seeking entry of an order disallowing and expunging the claims listed on **Exhibit A** attached hereto (collectively, the "**Equity Claims**") on the grounds set forth in the Objection and in the attached exhibit; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtor's estate, creditors, and other parties in interest; and the Court having found that the Trustee provided appropriate notice of the Objection and the opportunity to heard on the Objection; and the Court having considered the Objection and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is SUSTAINED.

2.      The Equity Claims set forth on the attached **Exhibit A** are hereby disallowed in their entirety.

3.      This Order is without prejudice to the Trustee's, or any other party in interest's, right to object to any other claims filed against the Debtor.

4.      Consistent with Bankruptcy Rule 3007(f), this Order shall be deemed a separate Order with respect to each of the Equity Claims identified on **Exhibit A** attached hereto. Any stay of this Order pending appeal by any Equity Holder whose Equity Claim(s) are subject to this Order shall only apply to the contested matter which involves such Equity Holder and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      This Court shall retain jurisdiction over the Trustee and the Equity Holders whose Equity Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

4891-4096-8629, v. 1

# EXHIBIT A

**(Shareholder Claims)**

**Exhibit A – Shareholder Claims**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| David P. Kalin Investments, LLC<br>PO Box 2396<br>Oldsmar, FL 34677<br>drkalin@drkalin.com | 5 | $26,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Downs, Carole<br>4800 N. 68th Street, Unit 275<br>Scottsdale, AZ 85251<br>cldowns@cox.net | 8 | $5,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Downs, Carole<br>3712 E. Highland Avenue<br>Phoenix, AZ 85018<br>cldowns@cox.net | 9 | $5,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Fairchild, Richard<br>PO Box 5798<br>Lake Worth, FL 33466<br>rcfre@comcast.net | 7 | $50,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Herrick, James<br>736 Center Drive<br>Apt #104,<br>San Marcos, CA, 92069<br>Jherrick18@cox.net | 2 | $20,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| | | | |
| Linda Sue Allen Living Trust Dated July 7, 2009 285 Poinsettia Ave. Vista, CA 92083 abdigger@yahoo.com | 3 | $60,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Lee, Peter 15001 N. 15th Drive Phoenix, AZ 85023 Lee.yh.peter@gmail.com | 6 | Unliquidated | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Ogerek, James Webb, Linda 9460 Lantern Bay Circle West Palm Beach, FL 33411 ogres@bellsout.net | 1 | $25,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |
| Thompson, Blaise 4619 E. Teirra Buena Lane Phoenix, AZ 85032 golferandwife@cox.net | 11 | $50,000.00 | Claim is based solely on the holder's ownership of equity in the Debtor and should be disallowed in its entirety. |

4891-4096-8629, v. 1